Clark *et al. v.* Bartlow.

<hr />

CLARK ET AL. *v.* BARTLOW.

From the Hancock Circuit Court.

*M. E. Forkner* and *E. H. Bundy*, for appellants.

*W. March* and *W. R. Hough*, for appellee.

PETTIT, J.—This suit was brought by eight plaintiffs, all of whom stayed in the case until final judgment against them. Seven only have assigned errors, and have not complied with sec. 551, 2 G. & H. 270. Under numerous rulings of this court, the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellants.